**Appeal Dismissed and Opinion Filed September 13, 2012**



In The

## Court of Appeals
## Fifth District of Texas at Dallas

No. 05-12-00698-CR

**DAVE OSCAR-RAMOGI JUMA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

On Appeal from the County Court at Law No. 1
Collin County, Texas
Trial Court Cause No. 001-85018-2011

# MEMORANDUM OPINION

Before Chief Justice Wright and Justices Bridges and Myers

Appellant, who is representing himself, has filed a motion to dismiss the appeal. The Court

**GRANTS** the motion and **ORDERS** that the be appeal **DISMISSED** and this decision be certified

below for observance. See TEX. R. APP. P. 42.2(a).

PER CURIAM

Do Not Publish
TEX. R. APP. P. 47